**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT L. BUTTERFIELD,     )
                                  )
           Petitioner,     )       3:10-cv-00612-ECR-RAM
                                    )
vs.                         )       **ORDER**
                                    )
DAVID ROGER, *et al.*,      )
                                  )
           Respondents.    )
_____/

       This action is a *pro se* petition for a writ of prohibition, filed by a Nevada state prisoner.  Petitioner brings action against the District Attorney for Clark County, as well as Nevada District Court Judge Glass.  Petitioner states that he objects to "the asserted jurisdiction in legislative equety [sic] being imposed, in personam, over his person and property."  (Petition, Docket #1-1, at p. 2).  Petitioner states that respondents do not have "authority to conduct criminal actions against anyone who enters or resides in it's territory . . . ."  (Petition, at p. 2).  Petitioner "seeks remedy in this court through temporary prohibition of the Respondents from allowing the Las Vegas Police [to] make an arrest on their order and then placed Petitioner in prison on a contempt charge . . . ."  (Petition, at p. 2).

       Petitioner is serving a prison sentence at Lovelock Correctional Center for his conviction of several counts of sexual assault of a minor under fourteen years of age.  Petitioner's

1  federal petition for a writ of habeas corpus was denied by this Court in 2009.  (Docket #26, in Case

2  No. 3:06-cv-00632-LRH-VPC).  Petitioner's current petition for a writ of prohibition is meritless and

3  frivolous.  Petitioner brings action against a district attorney and a judge.  Prosecutors are absolutely

4  immune from civil suits which challenge activities related to the initiation and presentation of

5  criminal prosecutions.  *Imbler v. Pachtman*, 424 U.S. 409 (1976).  Judges are absolutely immune

6  from damages actions for judicial acts taken within the jurisdiction of their courts.  *Schucker v.*

7  *Rockwood*, 846 F.2d 1202, 1204 (9th Cir. 1988); *Imbler v. Pachtman*, 424 U.S. at 418.  The petition

8  must be dismissed with prejudice, on grounds of prosecutorial and judicial immunity.

9          **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH**

10  **PREJUDICE.**

11          **IT IS FURTHER ORDERED** that all pending motions, including petitioner's

12  motions "to extend prison copywork limit" (Docket #4 and #5) are **DENIED.**

13          **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

14

15          DATED this 3rd day of November. 2010.

16                                         Edward C. Reed.

17                                         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

2