AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ROBERT L. BUTTERFIELD,

    Petitioner,

V.

DAVID ROGER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00612-ECR-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED.

11/4/2010

**LANCE S. WILSON**
Clerk

/s/ P. McDonald
Deputy Clerk